ACCEPTED
03-14-00697-CV
3966022
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 1:28:10 PM
JEFFREY D. KYLE
CLERK

APPEAL NO. 03-14-00697-CV

| | | | |
|---|---|---|---|
| PAMELA MEHL, | § | ON APPEAL FROM | |
| | § | | |
| Appellant, | § | THE DISTRICT COURT | |
| | § | | |
| VS. | § | 250TH JUDICIAL DISTRICT | |
| | § | | |
| DAVID STERN, | § | TRAVIS COUNTY, TEXAS | |
| | § | | |
| Appellee. | § | (Cause No. D-1-GN-14-002071) | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 1:28:10 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Jeffrey S. Kelly and The Kelly Legal Group, PLLC, counsel of record for Appellant Pamela Mehl ("Appellant") moves the Court to grant them permission to withdraw as counsel for Appellant and to substitute Sandra M. Lefler of The Lefler Law Firm as Attorney of Record for Appellant in this Cause.

1. Movants would show that there is good cause for this motion in that Appellant has retained new counsel to represent her in this case and the withdrawal and substitution of counsel will not result in any delay. The name and contact information for the attorney to be substituted as new counsel for Appellant is:

Sandra M. Lefler
The Lefler Law Firm
501 South Austin Avenue, Suite 1245
Georgetown, Texas 78626
Telephone: 512.863.5658
Facsimile: 866.583.7294
State Bar No. 12161040

---

*Pamela Mehl, Appellant v. David Stern, Appellee* – Appeal No. 03-14-00697-CV [on appeal from Cause No. D-1-GN-14-002071 (Travis County, 250th Judicial District Court, Texas] –
**APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
Page 1

2.  Movants would show that this Motion has the approval of the client, and that the withdrawal and substitution are not sought for purposes of delay only.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this Court grant this motion and enter its order allowing Jeffrey S. Kelly and The Kelly Legal Group, PLLC to withdraw and  Sandra M. Lefler to substitute as new counsel for Appellant; and that the Court grant Appellant and Movants such other and further relief to which they may be justly entitled.

Respectfully submitted,

THE KELLY LEGAL GROUP, PLLC
PO BOX 2125
Austin, Texas  78701
512-505-0053 tel
512-505-0054 fax
jkelly@kellylegalgroup.com

By: _____
JEFFREY S. KELLY
State Bar No. 24043749
ATTORNEY FOR APPELLANT

## CONSENT OF CLIENT AND SUBSTITUTE COUNSEL

The undersigned, Pamela Mehl, Appellant herein, consents to the withdrawal of Jeffrey S. Kelly and The Kelly Legal Group, PLLC and the appointment of Sandra M. Lefler of The Lefler Law Firm as Attorney of Record, and both Appellant and Sandra M. Lefler agree that substitution of counsel in this cause shall not be used as grounds for a continuance.

*Pamela Mehl*

PAMELA MEHL

THE LEFLER LAW FIRM

By: _____

Sandra M. Lefler, SBN 12161040
501 SOUTH AUSTIN AVENUE, SUITE 1245
GEORGETOWN, TEXAS 78626
TELEPHONE: 512.863.5658
FACSIMILE: 866.583.7294

ATTORNEY FOR MOVANT / APPELLANT

*Pamela Mehl, Appellant v. David Stern, Appellee* – Appeal No. 03-14-00697-CV [on appeal from Cause No. D-1-GN-14-002071 (Travis County, 250th Judicial District Court, Texas] – **APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Page 3

## CERTIFICATE OF CONFERENCE

I hereby certify that I made the following attempts to contact Brent A. Devere, counsel for Appellee, to confer about the merits of this matter:

1. On January 23, 2015 – telephone call to Brent A. Devere, as well as an email sent to him at bdevere@1411west.com, together with a copy of this proposed Motion.

Counsel for Plaintiff advises that he [opposes][does not oppose] this Motion.

THE LEFLER LAW FIRM

By: _____
Sandra M. Lefler/SBN 12161040
501 SOUTH AUSTIN AVENUE, SUITE 1245
GEORGETOWN, TEXAS 78626
TELEPHONE: 512.863.5658
FACSIMILE: 866.583.7294

ATTORNEY FOR APPELLANT

*Pamela Mehl, Appellant v. David Stern, Appellee* – Appeal No. 03-14-00697-CV [on appeal from Cause No. D-1-GN-14-002071 (Travis County, 250th Judicial District Court, Texas] – **APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Page 4

## CERTIFICATE OF SERVICE

I certify that on this this 28 day of January, 2015, a true and correct copy of the above and foregoing APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL has been served upon the following attorneys of record in accordance with the Texas Rules of Appellate Procedure to:

Mr. Brent A. Devere
1411 West Avenue, Suite 200
Austin, Texas 78701
Facsimile: 512-457-8060

Attorney of Record for Appelle

Sandra M. Lefler

| | | |
|---|---|---|
| PAMELA MEHL, | § | ON APPEAL FROM |
| | § | |
| Appellant, | § | THE DISTRICT COURT |
| | § | |
| vs. | § | 250TH JUDICIAL DISTRICT |
| | § | |
| DAVID STERN, | § | TRAVIS COUNTY, TEXAS |
| | § | |
| Appellee. | § | (Cause No. D-1-GN-14-002071) |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL
## AND SUBSTITUTING NEW ATTORNEY IN CHARGE

On this day the motion of Jeffrey S. Kelly for leave to withdraw as attorney in charge for

Appellant Pamela Mehl in the captioned case came on for consideration. The Court is of the

opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED that Jeffrey S. Kelly be permitted to withdraw as

attorney for Appellant Pamela Mehl in this cause.

IT IS FURTHER ORDERED that Sandra M. Lefler and The Lefler Law Firm be

substituted as attorney for Appellant Pamela Mehl in this cause. The attorney's address,

telephone and fax numbers, and State Bar identification number are as follows:

Sandra M. Lefler,
Tex. SBN 12161040
The Lefler Law Firm
501 South Austin Avenue,
Suite 1245
Georgetown, Texas 78626
Tel: 512-863-5658
Fax: 866-583-7294
Email: slefler@leflerlegal.com

---

*Pamela Mehl, Appellant v. David Stern, Appellee* – Appeal No. 03-14-00697-CV [on appeal from Cause No. D-1-GN-14-002071 (Travis County, 250th Judicial District Court, Texas] – **APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

All parties to this cause are hereby notified that Sandra M. Lefler and The Lefler Law Firm is now attorney in charge for Appellant Pamela Mehl.

SIGNED on the _____ day of _____, 2015.

_____

JUDGE PRESIDING

*Pamela Mehl, Appellant v. David Stern, Appellee* – Appeal No. 03-14-00697-CV [on appeal from Cause No. D-1-GN-14-002071 (Travis County, 250th Judicial District Court, Texas] – **APPELLANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Page 2